|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
|   | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
|   | 8033 Linda Vista Road, Suite 200, |
| 4 | San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
|   | Attorneys for Plaintiff |
| 6 |   |
| 7 | MYRA B. VILLAMOR (SBN: 232912) |
|   | mvillamor@seyfarth.com |
| 8 | SEYFARTH SHAW LLP |
|   | 2029 Century Park East, Suite 3500 |
| 9 | Los Angeles, California 90067-3021 |
| 10 | Telephone: (310) 277-7200 |
|   | Facsimile: (310) 201-5219 |
| 11 | Attorneys for Defendants |
| 12 | Economic Resources Corporation and |
|   | Jenin Home Furnishing, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PASCUAL MARTINEZ, | Case: 2:20-CV-01441-RSWL-JPR |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| ECONOMIC RESOURCES CORPORATION, a California Corporation; JENIN HOME FURNISHING, INC., a California Corporation; and Does 1- 10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 16, 2020        CENTER FOR DISABILITY ACCESS

                                 By:   /s/Amanda Lockhart Seabock
                                       Amanda Lockhart Seabock
                                       Attorney for Plaintiff


Dated: September 16, 2020        SEYFARTH SHAW LLP

                                 By:   /s/Myra B. Villamor
                                       Myra B. Villamor
                                       Attorney for Defendants
                                       Economic Resources Corporation and
                                       Jenin Home Furnishing, Inc.

**<u>SIGNATURE CERTIFICATION</u>**

I hereby certify that the content of this document is acceptable to Myra B. Villamor, counsel for Economic Resources Corporation and Jenin Home Furnishing, Inc., and that I have obtained authorization to affix her electronic signatures to this document.

Dated: September 16, 2020       CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorney for Plaintiff